## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 14-145 (MJD/JSM) |
| Plaintiff, | |
| v. | **ORDER OF FORFEITURE** |
| TIMOTHY JON OLIVER, | |
| Defendant. | |

Based on the United States' motion for an Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Timothy Jon Oliver; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. 2461(c); and on the Court's determination that, based on the Plea Agreements entered into by Timothy Jon Oliver and based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the Defendant has pled guilty,

IT IS HEREBY ORDERED that:

1. the Motion of the United States for an Order of Forfeiture [Docket No. 45] is **GRANTED**;

2. a personal money judgment forfeiture in the amount of $500,000 is entered against Defendant Timothy Jon Oliver pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. 2461(c);

3. Defendant Timothy Jon Oliver is ordered to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real or personal, which constitutes or is derived from proceeds traceable to the violation charged in Count 3 of the Indictment;

4. pursuant to Fed. R. Crim. P. 32.2(b)(3), Fed. R. Crim. P. 32.2(c)(1)(B) and 21 U.S.C. § 853(m), the United States may conduct discovery to identify property subject to forfeiture under the terms of this order, or to address any factual issues raised by any third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

5. pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order of Forfeiture shall become final as to Defendant Timothy Jon Oliver at the time of his sentencing and shall be made a part of his sentence and included in the judgment; and

6. this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated:  July 6, 2015                s/ Michael J. Davis
                                    Michael J. Davis
                                    United States District Court